Cause No. 2015 CR 6000A                                84,152-01

The State of Texas                                     IN The District Court
        VS.                                            399 Judicial District
Mark Dukes                                             Bexar County, Texas

Abel Acosta, Clerk
NOV-09 2015
COURT OF CRIMINAL APPEALS
RECEIVED IN

Petition For Writ of Mandamus-Failure
To Issue Habeas Corpus Dismissal of RECEIVED IN
COURT OF CRIMINAL APPEALS
of Double Jeopardy                                     NOV-17-2015

                                                       Abel Acosta, Clerk

        To The Texas        Court of Criminal Appeals:

    Come Now, Mark Dukes, Petitioner in above
styled and numbered cause files his Writ of
Mandamus and in support of said petition
would show The Court of Appeals the following:

                        I.

    Petitioner is illegally confined in Bexar County
Adult Dentention Center, in the custody of Susan
Pamerleau, Sheriff of Bexar County, Texas and
has been so confined since the date of his
arrest on the 17 day of June      , 2015

                        II.

    Petitioner is confined pursuant to criminal
complaint number 2015 CR 6000A    filed in the 399
Judicial District Court of Bexar County, Texas
charging Petitioner with the felony offense of
Fraud Use/Poss of ID Info < 5 items    violation of section 32.51

of The Texas Penal/Health and Safety Code.

## III.

Petitioner has filed Habeas Corpus-Dismissal Because of Double Jeopardy on the 27 day of August, 2015. The court requested Petitioner brought before the 399 Judicial Court of Bexar County on the 15 day of October, 2015. The court failed to rule on the Petitioners Writ and reset for an undetermined date.

## IV

Petitioner has been awaiting trial since the 13 day of August, 2015. The court ruled on Suppress Evidence motion/Illegal Arrest to be case closed-rej. for further inv. on the 10 day of December, 2014 After which the court dismissed case-Dismissal on the 10 day of December, 2014.

## V.

Petitioner shows that the trial courts action in terminating the prosecution based on its finding that the State's remaining evidence is legally insufficient to convict the defendent in light of motion to suppress being granted was functionally an acquittal. State v.

Blackshere, 344 S. W. 3d 400 (Tex. Crim. App. 2011).

## VI

Petitioner raised a Writ of Habeas Corpus-Dismissal Because of Double Jeopardy pre-conviction of Petitioner and post-conviction of Co-Defendent Bradley Ray Hemby. Petitioners co-defendent has entered a plea of NG-Application Defer Adjud in the cause No.'s 2014CR10428W/2014CR10427W on a bench trial on the 17 day of December, 2014. Jeopardy attaches in a bench trial when both sides have announced ready and the defendent has entered his plea. Gallemore V. State 312 S. W. 3d 156 (Tex. App.-Fort Worth 2010).

## VII.

Petitioner shows Double Jeopardy includes "Collateral Estoppel", Which means that when an issue of "Ultimate Fact", once been determined by a valid and final Judgment, that issue cannot be litigated again between the same parties. Ash v. Swenson, 397 U.S. 436, 90 S. Ct. 1189 (1970)

## VIII

Petitioner ask that it be determined whether

the State is attempting to punish the other parties for the same offense, the court must examine each of the statues to determine whether each requires proof of an additional element that the other does not. This is known as "The Blockburger Test." Blockburger v. U.S., 284 U.S. 249, 52 S. Ct. 180 (1932) readopted in U.S. v. Dixion, 509 U.S. 688, 113 S. Ct. 2849 (1993).

Wherefore, Permises Considered, Defendent pray's a Writ of Mandamus issued to the 399 Judicial District Court and certioriabe granted by The Texas Court of Criminal Appeals to the end that Charges be Dismissed with Prejudice Because of Double Jeopardy.

| | |
|---|---|
| Kirk B. Sherman/Pro-Sé | _Mark_ |
| Attorney for Petitioner | Petitioner |

## Certificate of Service

I, hereby certify that on this the 19 day of October, 2015, a true and correct copy of the above and foregoing Petition for Writ of Mandamus-Failure to Issue a Habeas Corpus-Dismissal Because of Double Jeopardy was transmitted to the 399 Judicial District Court and to the office of Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San

Antonio, Texas 78205.

_(signature)_
Petitioner

## ACKNOWLEDGEMENT

State of Texas *****

County of Bexar *****

Before me, the undersigned authority, on this day personally appeared Mark Dukes ____, Petitioner in the above and forgoing Petition for writ of Mandamus—Failure to Issue a Habeas Corpus—Dismissal Because of Double Jeopardy, who after being duly sworn stated that the facts contained therein are true and correct.

Sworn to and signed on this the 19th day of October, 2015.

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

_(signature)_ Sandra Lynn Malloy
Notary Public